Paul Kiusas, appellant, v. Sophia Petrauskas, also known as Sophia Yucius, and John Doe, appellees. Gen. No. 32,880.

Opinion filed November 19, 1928.

Harold O. Mulks, for appellant. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Hattie Klauser, appellee, v. Felix E. Meleski, appellant. Gen. No. 32,681.

Opinion filed November 19, 1928.

Monahan & Monahan, for appellant. Joseph E. Winterbotham, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Vincenzo Lamonea, appellant, v. Max Berezin, appellee. Gen. No. 32,690.

Opinion filed November 19, 1928.

Frank H. Novak, for appellant; Leslie A. Needham, of counsel. Rosenberg, Braude & Zimmerman, for appellee; H. J. Rosenberg and Benjamin Nelson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

City National Bank of Evanston, appellee, v. Charles A. Rohrer, appellant. Gen. No. 32,786.

Opinion filed November 19, 1928.

James Hibben, for appellant. Heth, Lister & Collins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Johanna Smith, defendant in error, v. Hibernian Life Insurance Association, plaintiff in error. Gen. No. 32,809.

Opinion filed November 19, 1928.

Eugene F. O'Riordan, for plaintiff in error; Francis E. Croarkin, of counsel. Victor Frohlich, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.